IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02407-MSK-KLM

DAMON FOREMAN,

    Plaintiff,

v.

WESTERN FREIGHTWAYS, LLC, and
NEW CENTURY TRANSPORTATION, INC.,

    Defendants.

---

## MINUTE ORDER

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendants' Unopposed Motion for Entry of Protective Order** [Docket No. 18; Filed May 11, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Stipulated Protective Order is accepted with interlineations and filed contemporaneously with this Minute Order.

    Dated:  May 14, 2012