IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02407-MSK-KLM

DAMON FOREMAN,

    Plaintiff,

v.

WESTERN FREIGHTWAYS, LLC, and
NEW CENTURY TRANSPORTATION, INC.,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Stipulated Motion to Amend the Scheduling Order to Extend the Discovery Cut-Off and Dispositive Motion Deadlines** [Docket No. 27; Filed July 25, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Order entered January 11, 2012 [#11] is amended as follows:

- Discovery Cutoff            **September 21, 2012**
- Dispositive Motions Deadline   **October 22, 2012**

Dated:  July 26, 2012