IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02407-MSK-KLM

DAMON FOREMAN,

    Plaintiff,

v.

WESTERN FREIGHTWAYS, LLC, and
NEW CENTURY TRANSPORTATION, INC.,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Unopposed Motion for Leave to Depose Corporate Representatives from Professional Transportation Brokers, Inc. and KCP Logistics, LLC** [Docket No. 41; Filed November 7, 2012] (the "Motion").

    In a prior Minute Order [#37], the Court extended the discovery deadline for the limited purpose of allowing Defendants to gather additional records and complete Plaintiff's deposition. Defendants were not permitted to use the extended discovery period to conduct depositions (other than Plaintiff's) because they provided no information supporting a need for more depositions. Their request to do so was denied without prejudice.

    Defendants now seek leave to depose the above referenced company representatives because they learned during discovery that "while Plaintiff was employed by Defendants, he also was paid for services provided to Professional Transportation Brokers, Inc. and KCP Logistics, LLC, which are competitors of Defendants." [#41] at 3. Thus, they argue that they now have grounds to support a request to conduct depositions during the extended discovery period. Defendants assert that Plaintiff does not oppose this request.

    IT IS HEREBY **ORDERED** that the Motion [#41] is **GRANTED**. Defendants are granted leave to depose corporate representatives from Professional Transportation Brokers, Inc. and KCP Logistics, LLC prior to the discovery cutoff on **November 26, 2012**.

    Dated: November 9, 2012