IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02407-MSK-KLM

DAMON FOREMAN,

    Plaintiff,

v.

WESTERN FREIGHTWAYS, LLC, and
NEW CENTURY TRANSPORTATION, INC.,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion for Leave to Conduct Two Additional Depositions** [Docket No. 45; Filed November 12, 2012] (the "Motion").

    In a prior Minute Order [#37], the Court extended the discovery deadline for the limited purpose of allowing Defendants to gather additional records and complete Plaintiff's deposition. The parties were not permitted to use the extended discovery period to conduct depositions. *See* [#37].

    Plaintiff now seeks leave to conduct two depositions that Plaintiff initially believed would be unnecessary. Plaintiff explains, however, that in light of testimony provided in two other depositions, the additional depositions have become necessary. Plaintiff asserts that Defendants do not oppose this request.

    IT IS HEREBY **ORDERED** that the Motion [#45] is **GRANTED**. Plaintiff is granted leave to conduct the two depositions prior to the discovery cutoff on **November 26, 2012**.

    Dated: November 13, 2012