IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02407-MSK-KLM

DAMON FOREMAN,

    Plaintiff,

v.

WESTERN FREIGHTWAYS, LLC, and
NEW CENTURY TRANSPORTATION, INC.,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Amend the Scheduling Order to Extend the Discovery Cut-Off by Four Days to Complete Depositions** [Docket No. 48; Filed November 20, 2012] (the "Motion"). Defendants seek an extension of the discovery cutoff date from November 26, 2012 to November 30, 2012 to complete two remaining depositions.

    IT IS HEREBY **ORDERED** that the Motion [#48] is **GRANTED**. The Scheduling Order entered January 11, 2012 [#11], as amended on April 26, 2012 [#14], on July 26, 2012 [#29], on September 20, 2012 [#37], and on October 23, 2012 [#40], is further amended as follows:

- Discovery Cutoff        **November 30, 2012**

    Dated:  November 26, 2012